Daniel M. Cislo, Esq., No. 125,378
*dancislo@cislo.com*
Sean D. O'Brien, Esq., No. 238,418
*sobrien@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendants,
Ajay Choudhary and Tina Choudhary

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AJAY CHOUDARY et al.,<br><br>Defendants. | CASE NO. CV13-01499 R (PJWx)<br><br>**DECLARATION OF SEAN D. O'BRIEN IN SUPPORT OF THE STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

I declare as follows:

1.  I am an attorney admitted to practice in the State of California. I work at the law firm of Cislo & Thomas LLP, which represents the defendants in this action. I make this declaration of my own personal knowledge or on information and belief where so stated. If called as a witness, I could and would competently testify to the truth of the matters asserted herein.

2. On or around April 16, 2013, defendants' counsel sent to plaintiff's counsel a letter outlining a proposal for resolving the dispute between the parties. Counsel for both sides then communicated by email and, on or about April 25, 2013, spoke by telephone to discuss the dispute and possibilities for its resolution without further involving the Court. During the telephone call, counsel for plaintiff's requested informal discovery from the defendants, and the defendants' counsel agreed to attempt to identify and collect the requested documents and information for the purposes of an early settlement.

3. Since the April 25, 2013 telephone call, the defendants have been working to identify and collect the documents and information requested by the plaintiff. The defendants anticipate providing the requested documents and information within the next three business days, if not sooner.

4. Accordingly, the parties are currently discussing potential resolution of this dispute. The additional time requested from the Court in the concurrently filed Stipulation To Further Extend Time To Respond To Initial Complaint is needed to collect and exchange documents to facilitate settlement.

5. If the defendants are required to respond to the complaint by seeking relief from this Court under Rule 12(b) of the Federal Rules of Civil Procedure or otherwise, it may reduce the likelihood of an early resolution of this dispute.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2013

_____

Sean D. O'Brien

2